**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6498**

JULIUS D. WEATHERS,

                    Petitioner - Appellant,

          v.

ROBERT M. STEVENSON, III,

                    Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Terry L. Wooten, District Judge.
(2:09-cv-01999-TLW)

Submitted:  June 24, 2010              Decided:  July 1, 2010

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Julius  D.  Weathers,  Appellant  Pro  Se.   Donald  John  Zelenka,
Deputy  Assistant  Attorney  General,  Samuel  Creighton  Waters,
Assistant  Attorney  General,  Columbia,  South  Carolina,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julius D. Weathers appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Weathers v. Stevenson, No. 2:09-cv-01999-TLW (D.S.C. Mar. 12, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2